HENRIETTA RAPP ET AL., RESPONDENTS, v. BUTLER-
NEWARK BUS LINE, INCORPORATED, APPELLANT.

Submitted October 28, 1927—Decided February 6, 1928.

For the respondents, *John A. Matthews.*

For the appellant, *Heine, Bradner & Laird.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   13.

*For reversal*—None.